In the Matter of the Transfer Tax upon the Estate of
MATTHIAS H. ARNOT, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK,
Appellant; JAMES B. RATHBONE et al., as Executors,
Respondents.

*Matter of Arnot*, 145 App. Div. 708, affirmed.
(Argued November 21, 1911; decided December 12, 1911.)

APPEAL from an order of the Appellate Division of the
the Supreme Court in the third judicial department,
entered June 27, 1911, which affirmed an order of the
Chemung County Surrogate's Court exempting certain
portions of the estate of Matthias H. Arnot, deceased,
from the imposition of a transfer tax.

*William Law Stout* for appellant.

*Alexander D. Falck* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD
BARTLETT, HISCOCK and CHASE, JJ.    Not sitting:
COLLIN, J.